UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| TIMOTHY L. STARK, and WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case Number 4:17-cv-00057-RLY-DML |
| | ) | |
| MIKE YOUNG, ACTING UNITED STATES SECRETARY OF AGRICULTURE and THE UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

The plaintiffs, Timothy L. Stark and Wildlife in Need and Wildlife in Deed, by counsel,

C. Richard Rush, and the Defendants, Mike Young, Acting United States Secretary of

Agriculture and the United States Department of Agriculture, by counsel, Josh J. Minkler, United

States Attorney, by Jill Z. Julian, Assistant United States Attorney, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure stipulate that this action is dismissed without prejudice.

Each party to bear his own fees, costs, and expenses.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

s/  C. Richard Rush          By:    s/   Jill Z. Julian
C. Richard Rush                     Jill Z. Julian
Rush Law Office                     Assistant United States Attorney

Approved and So Ordered this this 13th day of April, 2017.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana